UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KUTEST KIDS EARLY INTERVENTION CO., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY and OHIO SECURITY INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:20-cv-11169 |

**JOINT MOTION TO SET BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR LEAVE TO FILE REPLY BRIEF(S)**

On December 18, 2020, Defendant Ohio Security Insurance Company ("Ohio Security") filed a motion for judgment on the pleadings (the "Ohio Security JOP Motion"). ECF 24. Pursuant to Local Rule 7.1(b), Plaintiff Kutest Kids Early Intervention Co. ("Kutest Kids") and Ohio Security hereby *jointly* move for a court order to establish the following briefing schedule:

1. **January 15, 2021**: Deadline for Kutest Kids to file its opposition to the Ohio Security JOP Motion. If it elects to do so, Kutest Kids may also file a cross-motion for judgment on the pleadings on or before this date (the "Kutest Kids Cross-Motion"). The opposition (and cross-motion, if applicable) may be up to thirty (30) pages.

2. **January 29, 2021**: Deadline for Ohio Security to file a reply brief in further support of the Ohio Security JOP Motion. If Kutest Kids cross-moves, then Ohio Security will also file its opposition to the Kutest Kids Cross-Motion on or before this same date. The reply (and opposition, if applicable) may be up to fifteen (15) pages.

3. **February 12, 2021**: Deadline for Kutest Kids to file a reply brief that is up to fifteen (15) pages in further support of any Kutest Kids Cross-Motion.

Kutest Kids and Ohio Security *jointly* request that all discovery in this matter be stayed until a decision issues on the Ohio Security JOP Motion and Kutest Kids Cross-Motion, if any.

Respectfully submitted,

Dated: December 21, 2020

| ZILBERBERG EINHORN KARPEL, P.C. | ROBINS KAPLAN LLP |
|---|---|
| /s/ Samuel Karpel<br>Samuel Karpel (BBO# 668404)<br>66 Split Rock Road<br>Syosset, New York 11791<br>Telephone (718) 249-2202<br>Facsimile (718) 256-7900<br>skarpel@zeklawfirm.com | /s/ Melissa M. D'Alelio<br>Melissa M. D'Alelio (BBO# 663035)<br>Devon H.M. Villarreal (BBO# 688875)<br>800 Boylston Street, Suite 2500<br>Boston, MA  02199<br>Telephone: 617 267 2300<br>MDAlelio@RobinsKaplan.com<br>DVillarreal@RobinsKaplan.com |
| ***Attorney for Plaintiff Kutest Kids Early Intervention Co.*** | ***Attorney for Defendant Ohio Security Insurance Company*** |

## CERTIFICATE OF SERVICE

I, Melissa M. D'Alelio, hereby certify that on this day, I electronically filed the within document with the Clerk of the Court using the CM/ECF system that will send notification of such filing(s) to all counsel of record.  The document is available for viewing and downloading through the ECF system.

Dated: December 21, 2020               /s/ Melissa M. D'Alelio
                                                          Melissa M. D'Alelio